```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION AT DAYTON
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:23-MJ-121 |
| | : |
| Plaintiff, | : **MOTION OF THE UNITED STATES FOR** |
| | : **PRETRIAL DETENTION** |
| vs. | : |
| | : |
| **TERRION GILLIARD,** | : |
| | : |
| Defendant. | : |

Pursuant to the Bail Reform Act, *see* 18 U.S.C. § 3142 *et seq.*, the United States moves for the pretrial detention of the defendant because no condition or combination of conditions will reasonably assure his or her appearance and/or the safety of any person or the community. Specifically:

**A.    REBUTTABLE PRESUMPTION OF DETENTION**

In this case, the Bail Reform Act creates a rebuttable presumption that the defendant should be detained because there is probable cause to believe that he or she committed:

- a drug offense with a maximum term of imprisonment of ten years or more under the Controlled Substances Act, *see* 21 U.S.C. 801 *et seq.*, or the Controlled Substances Import and Export Act, *see* 21 U.S.C. 951 *et seq. See* 18 U.S.C. 3142(e)(3)(A).

**B.    HEARING REQUIRED**

The Bail Reform Act requires the Court to hold a hearing to

determine whether to release or to detain the defendant because the United States requests such a proceeding and the case concerns:

- a drug offense with a maximum term of imprisonment of ten years or more under the Controlled Substances Act, *see* 21 U.S.C. 801 *et seq.*, or the Controlled Substances Import and Export Act, *see* 21 U.S.C. 951 *et seq. See* 18 U.S.C. §§ 3142(f)(1)(C).

- a serious risk that the defendant will flee. *See* 18 U.S.C. §§ 3142(f)(2)(A).

C. **TIMING OF HEARING**

The United States requests that the Court set the detention hearing in three (3) business days (i.e., excluding any intermediate Saturday, Sunday, or legal holiday) and order the defendant detained pending that proceeding. *See* 18 U.S.C. § 3142(f).

D. **CONCLUSION**

Based on the foregoing as well any evidence and argument presented at the detention hearing in this matter, the United States respectfully submits that no condition or combination of conditions will reasonably assure the defendant's appearance and/or the safety of any person or the community. The defendant therefore should be detained pending further proceedings.

KENNETH L. PARKER
United States Attorney


S/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney
Attorneys for Plaintiff
602 Federal Building
200 West Second Street
Dayton, OH   45402
Telephone: (937) 225-2910
Fax: (937) 225-2564